## SHADE FLETCHER v. STATE.

No. A-7291. Opinion Filed March 29, 1930.
(287 Pac. 1115.)

E. V. Rakestraw, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Kiowa county on a charge of having

the unlawful possession of intoxicating liquor, and was sentenced to pay a fine of $125 and to serve 30 days in the county jail.

The case was tried in October, 1928, and the appeal was lodged in this court in February, 1929. No briefs in support of the appeal have been filed. An examination of the record discloses no fundamental error. The evidence reasonably sustains the judgment.

The case is affirmed.